UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN BAZAN,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents. | Case No. 2:26-cv-01094-TMC<br><br>ORDER DENYING MOTION TO ENFORCE JUDGMENT |

## I. ORDER

On June 25, 2026, the Court issued an order granting in part and denying in part Petitioner Juan Bazan's petition for writ of habeas corpus. Dkt. 14. The Court ordered Respondents to provide Mr. Bazan with a bond hearing under 8 U.S.C. § 1226(a) no later than 14 days after he requests one. *Id.* at 4. On July 20, Mr. Bazan filed a motion to enforce the Court's judgment. Dkt. 16. He asks for immediate release from custody because he has not yet received a bond hearing. *Id.* at 2. But Federal Respondents assert that Mr. Bazan has not requested a bond hearing, meaning that they are not yet obligated to provide one under the Court's habeas order. Dkt. 18 at 1; Dkt. 19 ¶ 4; Dkt. 20 ¶ 3.

The Court DENIES the motion to enforce judgment (Dkt. 16) because Mr. Bazan has not yet requested a bond hearing. If Mr. Bazan requests a bond hearing from Respondents, and they

do not provide one within 14 days of his request, Mr. Bazan may file a motion to enforce this Court's judgment at that time.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 31st day of July, 2026.

Tiffany M. Cartwright
United States District Judge